gMICHAEL J. CUMMINS (184181)
*Admitted Pro Hac Vice*
R. HUDSON HOLLISTER (323133)
*Admitted Pro Hac Vice*
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone: (415) 348-6000
Facsimile: (415) 348-6001
Email: mcummins@gibsonrobb.com
rhollister@gibsonrobb.com

BYRON F. BROWNE, ESQ.
Nevada Bar No. 9769
JARED P. GREEN, ESQ.
Nevada Bar No. 10059
BROWNE GREEN, LLC
3755 Breakthrough Way, Suite 210
Las Vegas, Nevada 89135
Telephone/Facsimile: (702) 475-6454
*Byron@bgtriallawyers.com*
*Jared@bgtriallawyers.com*

Attorneys for Plaintiff-in-Limitation
ACTION WATERSPORTS OF INCLINE
VILLAGE, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, as owner of the vessel SIERRA CLOUD, official number 950488, for Exoneration from or Limitation of Liability | Case No. 3:21-cv-00072-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR FILING THE CASE MANAGEMENT REPORT** |

Plaintiff-in-Limitation /Respondent ACTION WATERSPORTS OF INCLINE VILLAGE, LLC ("AWIV") and Claimants/Respondents JASON SZUMINSKI and MOLLY SZUMINSKI ("SZUMINSKIS") by and through their respective attorneys of record, do hereby stipulate and agree to extend the dates for meeting and conferring and for filing the Joint Case Management Report from July 11, 2021 to August 6, 2021. This is the first stipulated extension of time.

The parties make this request because the claim filing deadline does not expire until July 7, 2021, and thus there exists a risk that other claimants may file claims in this action by the filing deadline. Further, AWIV's counsel was contacted on June 29, 2021 by a California attorney representing four claimants, requesting at least a two-week extension to locate counsel in Nevada for purposes of filing claims in this action. Continuing the date until after the claim-filing deadline helps to ensure that the matter is fully at issue and that all parties who can file claims have appeared in this action and are able to meaningfully participate, through their counsel, in the meet and confer process and filing of the Joint Case Management Report.

**IT IS SO STIPULATED AND AGREED.**

Dated: June 30, 2021               GIBSON ROBB & LINDH LLP

                                   MICHAEL J. CUMMINS
                                   Michael J. Cummins
                                   mcummins@gibsonrobb.com
                                   Attorney for Plaintiff-in-Limitation
                                   ACTION WATERSPORTS OF INCLINE
                                   VILLAGE, LLC

Dated: June 30, 2021               CLAGGETT & SYKES

                                   /s/ CASEY A. XAVIER
                                   Casey A. Xavier
                                   casey@claggettlaw.com
                                   Attorney for Plaintiff
                                   JASON SZUMINSKI AND MOLLY SZUMINSKI

Michael J. Cummins hereby attests that Casey Xavier has concurred in this filing's content and has authorized this filing.

**IT IS SO ORDERED**.

_____
CARLA BALDWIN
United States Magistrate Judge
DATED: June 30, 2021.