UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, as owner of the vessel SIERRA CLOUD, official number 950488, for Exoneration from or Limitation of Liability | Case No. 3:21-cv-00072-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATED REQUEST TO LIFT THE STAY FOR PURPOSES OF FINALIZING THE SETTLEMENT** |

    Plaintiff-in-Limitation /Respondent ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, ("AWIV") and Claimants/Respondents JASON SZUMINSKI and MOLLY SZUMINSKI, and TATYANA ZHUKOVSKY, Individually, and as Next Friend of ANNA BELOSHAPKINA, ELIZABETH BELOSHAPKINA, and CLARA MICHELSON, by and through their respective attorneys of record, hereby advise the Court that the parties have reached a global settlement that

will provide for the dismissal with prejudice of all actions (state and federal) and a full release of all claims. The parties stipulate and agree that the stay in this action be lifted for the purpose of obtaining an order providing for the dismissal with prejudice of the entire action, which order the parties shall seek after AWIV obtains a default judgment in favor of AWIV as to all non-appearing claimants and the other terms of the settlement are finalized.

Dated: April 16, 2024                GIBSON ROBB & LINDH LLP

/s/ MICHAEL J. CUMMINS
Michael J. Cummins
mcummins@gibsonrobb.com
Attorney for Plaintiff-in-Limitation
ACTION WATERSPORTS OF INCLINE VILLAGE, LLC

Dated: April 16, 2024                CLAGGETT & SYKES

/s/ JOSHUA A DOWLING
Joshua A. Dowling
josh@claggettlaw.com
Attorney for Claimants
JASON SZUMINSKI AND MOLLY SZUMINSKI

Dated: April 16, 2024                ANDERSON CAREY WILLIAMS & NEIDZWSKI LLP

/s/ NICHOLAS J. NEIDZWSKI
Nicholas J. Neidzwski
nick@boatlaw.com
Attorney for Claimants TATYANA ZHUKOVSKY, ANNA BELOSHAPKINA, ELIZABETH BELOSHAPKINA, and CLARA MICHELSON

Dated: April 16, 2024                KESTREL LAW PLLC

/s/ LEAH RONHAAR
Leah Ronhaar
leah@kestrellaw.com
Attorney for Claimants TATYANA ZHUKOVSKY, ANNA BELOSHAPKINA, ELIZABETH BELOSHAPKINA, and CLARA MICHELSON

/ / /

Dated: April 16, 2024           BROWNE GREEN, LLC

/s/ JARED GREEN
Jared Green
jared@bgtriallawyers.com
Attorney for Plaintiff-in-Limitation
ACTION WATERSPORTS OF INCLINE VILLAGE, LLC

Michael J. Cummins hereby attests that Joshua Dowling, Nicholas Neidzwski, Leah Ronhaar and Jared Green have concurred in this filing's content and have authorized this filing.

Dated: April 16, 2024           /s/ MICHAEL J. CUMMINS
Michael J. Cummins

**ORDER**

Pursuant to the parties' stipulation, the Court grants the request and lifts the stay for the purposes identified above in the stipulation.

Dated: May 17, 2024

Anne R. Traum
United States District Court Judge