UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In the Matter of ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, as owner of the vessel SIERRA CLOUD, official number 950488, for Exoneration from or Limitation of Liability | Case No. 3:21-cv-00072-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATED DISMISSAL** |

Pursuant to Fed Rule Civ. Proc. 41, Plaintiff-in-Limitation ACTION WATERSPORTS OF INCLINE VILLAGE, LLC, as owner of the vessel SIERRA CLOUD, official number 950488, Claimants/Respondents JASON SZUMINSKI, MOLLY SZUMINSKI, TATYANA ZHUKOVSKY, Individually, and as Next Friend of ANNA BELOSHAPKINA, ELIZABETH

1  BELOSHAPKINA, and CLARA MICHELSON, by and through their respective counsel of
2  record, stipulate and agree that all of the parties' claims and causes of actions in this action be
3  dismissed with prejudice, with each party bearing its own costs and attorney's fees.  The Court
4  will retain jurisdiction over this matter for the limited purposes of Plaintiff-in-Limitation's motion
5  for default judgment and/or exoneration for liability as to all non-appearing claimants.

**IT IS SO STIPULATED AND AGREED.**

Dated: May 24, 2024                    GIBSON ROBB & LINDH LLP


                                       /s/ MICHAEL J. CUMMINS
                                       Michael J. Cummins
                                       mcummins@gibsonrobb.com
                                       Attorney for Plaintiff-in-Limitation
                                       ACTION WATERSPORTS OF INCLINE
                                       VILLAGE, LLC


Dated: May 24, 2024                    BROWNE GREEN, LLC


                                       /s/ JARED GREEN
                                       Jared Green
                                       jared@bgtriallawyers.com
                                       Attorney for Plaintiff-in-Limitation
                                       ACTION WATERSPORTS OF INCLINE
                                       VILLAGE, LLC


Dated: May 24, 2024                    CLAGGETT & SYKES


                                       /s/ JOSHUA A DOWLING
                                       Joshua A. Dowling
                                       josh@claggettlaw.com
                                       Attorney for Claimants
                                       JASON SZUMINSKI AND MOLLY SZUMINSKI

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: May 24, 2024 | | ANDERSON CAREY WILLIAMS & NEIDZWSKI LLP |

/s/ NICHOLAS J. NEIDZWSKI
Nicholas J. Neidzwski
nick@boatlaw.com
Attorney for Claimants TATYANA ZHUKOVSKY, ANNA BELOSHAPKINA, ELIZABETH BELOSHAPKINA, and CLARA MICHELSON

Dated: May 24, 2024                          KESTREL LAW PLLC

/s/ LEAH RONHAAR
Leah Ronhaar
leah@kestrellaw.com
Attorney for Claimants TATYANA ZHUKOVSKY, ANNA BELOSHAPKINA, ELIZABETH BELOSHAPKINA, and CLARA MICHELSON

Michael J. Cummins hereby attests that counsel have concurred in this filing's content and have authorized this filing.

Dated: May 24, 2024                          GIBSON ROBB & LINDH LLP

/s/ MICHAEL J. CUMMINS
Michael J. Cummins

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Court retains jurisdiction of this matter for the limited purposes of issuing orders for the default judgment and/or exoneration for liability as to all non-appearing claimants.

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
Anne R. Traum
United States District Judge